**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.   § | CRIM. ACTION NO. 5:23-MJ-00761-01 |
| § | |
| LEE KENDRICK COLLINS § | |

## BOND ORDER

The Court, having considered the "Probation Report" and the Government no longer seeking detention, is of the opinion and hereby orders that the defendant's bond be set at $75,000.00 unsecured bond with one co-surety, along with the additional bond conditions as set out by Probation Services.

The defendant must not violate federal, state, or local law while on bond. Pretrial Supervision in Oxford, Mississippi. Defendant must maintain or actively seek employment, provide proof to the U.S. Probation Office. Travel restricted to the counties supervised by U.S. Probation in Oxford, Mississippi. Travel permitted to Laredo, Texas for case related matters, no travel abroad.

Defendant is to avoid all contact with co-defendants, victims, potential victims, and/or material witnesses. Refrain from possessing a firearm, destructive device, or other dangerous weapons. Refrain from use or unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner. Submit to any alcohol/drug testing as directed by the U.S. Probation Office.

Defendant is to submit to a mental health evaluation and/or participate in a mental health treatment program as directed by the U.S. Probation Office. Participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by the U.S. Probation Office.

Defendant must Report Contact with Law Enforcement. The defendant shall not associate with any person engaging in criminal activities or who has been charged with or convicted of a felony offense, or who has been released on bail, probation, or parole. The defendant shall follow all the instructions of the supervising officer, which shall include the Laredo U.S. Probation/Pretrial Officer if supervised elsewhere.

This is the least restrictive combination of conditions that will reasonably assure the appearances of the Defendant and the safety of the community as required by Title 18, United States Code, § 3142(c)(1)(B).

Defendant is hereby instructed to comply with all terms and conditions set forth in the Court's Order Setting Conditions of Release. Any violation of those terms and conditions will result in the punishment outlined in the Order Setting Conditions of Release.

IT IS SO ORDERED.

DONE at Laredo, Texas, this the 21st of April 2023.

Christopher dos Santos
U.S. Magistrate Judge