IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V | § | L-23-00761 |
| LEE KENDRICK COLLINS | § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW the Federal Public Defender and notifies this Court and all parties that Assistant Federal Public Defender, **ARTURO VILLARREAL**, hereby enters his appearance and substitutes Assistant Federal Public Defender **RAUL AGUSTIN MARTINEZ, JR.** for **LEE KENDRICK COLLINS** in the above-referenced case. This change does not affect the mailing address or phone number.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas
Texas State Bar No. 14003750
Southern District of Texas No. 3233

By /S/ Arturo Villarreal
ARTURO VILLARREAL
Assistant Federal Public Defender
Attorney in Charge
Texas State BarNo.00792115
Southern District of Texas No. 23934
Attorneys for Defendant
1202 Houston Street
Laredo, Texas 78040
Telephone: 956-753-5313
Fax:        956-753-5317

## CERTIFICATE OF SERVICE

I, Arturo Villarreal, certify that on April 24, 2023, a copy of this Notice of Substitution of Counsel was served by Notification of Electronic Filing to the office of Assistant United States Attorney.

    /S/ Arturo Villarreal

ARTURO VILLARREAL
Assistant Federal Public Defender